IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JERRY TONY ORTIZ,

    Plaintiff,

v.                                  No. 13-cv-0786 SWS/SMV

NIENTO ENTERPRISES, LLC;
RICHARD M. NIENTO; and
CAROLINA CABRALES-NIENTO;

    Defendants.

## ORDER SETTING TELEPHONIC MOTION HEARING

**Date and time**:    October 22, 2013, at 1:30 p.m.

**Matter to be heard**:  Defendants' Motion to Stay Litigation [Doc. 10].

**IT IS ORDERED, ADJUDGED, AND DECREED** that a telephonic hearing on Defendants' Motion to Stay Litigation [Doc. 10] is hereby set for **October 22, 2013, at 1:30 p.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]

    IT IS SO ORDERED.

                                      _____
                                      **STEPHAN M. VIDMAR**
                                      **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.