IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JERRY TONY ORTIZ,

    Plaintiff,

v.                                              No. 13-cv-0786 SWS/SMV

NIETO ENTERPRISES, LLC;
RICHARD M. NIETO; and
CAROLINA CABRALES-NIETO;

    Defendants.

**ORDER GRANTING DEFENDANTS' MOTION FOR
LEAVE TO FILE AN AMENDED ANSWER AND COUNTERCLAIM
AND TO ADD A PARTY DEFENDANT TO THE COUNTERCLAIM**

    THIS MATTER is before the Court on Defendants' Motion for Leave to File an Amended Answer and Counterclaim, and to add a Party Defendant to the Counterclaim [Doc. 28], filed on December 6, 2013. Defendants indicated in their motion that Plaintiff opposed it. *Id.* at 1. However, Plaintiff has filed no response in opposition, and the time for doing so has passed. Pursuant to D.N.M.LR-Civ. 7.1(b), Plaintiff's failure to timely respond constitutes his consent to grant the motion. Accordingly, the motion will be granted.

    **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Defendants' Motion for Leave to File an Amended Answer and Counterclaim, and to add a Party Defendant to the Counterclaim [Doc. 28] is **GRANTED**. Defendants may file their First Amended Answer, Affirmative Defenses to Complaint, and Counterclaim, [Doc. 28-1] at 1–13, within ten days.

    **IT IS SO ORDERED.**

                                                                             _____
                                                                           **STEPHAN M. VIDMAR**
                                                                           **United States Magistrate Judge**