## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**JERRY TONY ORTIZ,**

     **Plaintiff,**

**v.**                                                                      **No. 13-cv-0786 SWS/SMV**

**NIETO ENTERPRISES, LLC;**
**RICHARD M. NIETO; and**
**CAROLINA CABRALES-NIETO;**

     **Defendants,**

**and**

**NIETO ENTERPRISES, LLC;**

     **Counterclaimant,**

**v.**

**JERRY TONY ORTIZ and AMY ORTIZ,**

     **Counter-defendants.**

### ORDER ADOPTING REVISED JOINT STATUS REPORT
### AND PROVISIONAL DISCOVERY PLAN

THIS MATTER is before the Court on the parties' Revised Joint Status Report and Provisional Discovery Plan [Doc. 36] ("Revised JSR"), filed January 10, 2014.  The Court adopts the Revised JSR to the extent that it is consistent with the Court's Scheduling Order [Doc. 30], issued on December 6, 2013.  To the extent that the documents are inconsistent, the Scheduling Order governs.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**