IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JERRY TONY ORTIZ,

    Plaintiff,

v.                                                      No. 13-cv-0786 SWS/SMV

NIETO ENTERPRISES, LLC;
RICHARD M. NIETO; and
CAROLINA CABRALES-NIETO;

    Defendants,

and

NIETO ENTERPRISES, LLC;

    Counterclaimant,

v.

JERRY TONY ORTIZ and AMY ORTIZ,

    Counter-defendants.

## ORDER SETTING MOTION HEARING

**Date and time**:    May 22, 2014, at 9:00 a.m.

**Matter to be heard**:    Defendants' Opposed Motion to Compel Response to Defendant's First Set of Inter[r]ogatories and Defendant's First Request for Production of Documents [Doc. 53].

    **IT IS ORDERED** that a hearing on Defendants' Motion to Compel . . . [Doc. 53] is set for **May 22, 2013, at 9:00 a.m.**, in the Gila Courtroom on the fifth floor of the Pete V. Domenici United States Courthouse at 333 Lomas Boulevard Northwest in Albuquerque, New Mexico.

    **IT IS SO ORDERED.**

                                                                         **STEPHAN M. VIDMAR**
                                                                        **United States Magistrate Judge**