## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**JERRY TONY ORTIZ,**

> **Plaintiff,**

**v.**                                                    **No. 13-cv-0786 SWS/SMV**

**NIETO ENTERPRISES, LLC;**
**RICHARD M. NIETO; and**
**CAROLINA CABRALES-NIETO;**

> **Defendants,**

**and**

**NIETO ENTERPRISES, LLC;**

> **Counterclaimant,**

**v.**

**JERRY TONY ORTIZ and AMY ORTIZ,**

**Counter-defendants.**

### ORDER SETTING TELEPHONIC MOTION HEARING

**Date and time**:       August 11, 2014, at 1:30 p.m.

**Matter to be heard**: Plaintiff's Motion for an Order Compelling Responses to Discovery [Doc. 82].
Opposed Motion to Compel Response to Defendant's First Set of Inter[r]ogatories to Counterclaim Defendant Amy Ortiz . . . [Doc. 87].

**IT IS ORDERED** that a telephonic hearing on the pending discovery motions [Docs. 82, 87] is hereby set for **August 11, 2014, at 1:30 p.m.**  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.