# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

JERRY TONY ORTIZ,

    Plaintiff,

v.                                    No. 13-cv-0786 SWS/SMV

NIETO ENTERPRISES, LLC;
RICHARD M. NIETO; and
CAROLINA CABRALES-NIETO;

    Defendants,

and

NIETO ENTERPRISES, LLC;

    Counterclaimant,

v.

JERRY TONY ORTIZ and AMY ORTIZ,

Counter-defendants.

## ORDER SETTING MOTION HEARING

**Date and time**:     September 8, 2014, at 2:00 p.m.

**Matter to be heard**:     Defendants' Opposed Motion to Compel Response to Defendant's First Set of Inter[r]ogatories to Counterclaim Defendant Amy Ortiz . . . [Doc. 87].

    **IT IS ORDERED** that oral argument on Interrogatory No. 1 from Defendants' Opposed Motion to Compel . . . [Doc. 87] is set for September 8, 2014, at 2:00 p.m., in the Doña Ana Courtroom on the third floor of the United States Courthouse at 100 North Church Street in Las Cruces, New Mexico. Lead trial counsel and all parties shall attend in person.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**