IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JERRY TONY ORTIZ,

    Plaintiff,

v.                                           Civil Case No.: 13-cv-0786 SWS/SMV

NIETO ENTERPRISES, LLC, *et al.*,

    Defendants.

**ORDER DENYING IN PART, DEFENDANTS' OPPOSED MOTION TO COMPEL RESPONSE TO DEFENDANT'S FIRST SET OF INTERROGATORIES TO COUNTERCLAIM DEFENDANT AMY ORTIZ AND DEFENDANTS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO COUNTERCLAIM DEFENDANT AMY ORTIZ**

This matter comes before the Court on Defendants' Opposed Motion to Compel Response to Defendant's First Set of Interrogatories and Defendant's First Request for Production of Documents ("Motion to Compel," Doc. 87) to Counterclaim Defendant Amy Ortiz. A hearing was held on this Motion on August 11, 2014. With respect to the Motion to Compel the Court holds as follows:

Defendant's Motion with respect to Interrogatory #15, and Requests for Production #3, #17, and #29 are denied.

    **IT IS SO ORDERED.**

    **August 25, 2014**                                                                     
Date                                                                           STEPHAN M. VIDMAR

Submitted by,

  /s/ Luis M. Ortiz
Luis M. Ortiz
Ortiz & Lopez, PLLC
Attorney for the Defendants
117 Bryn Mawr Dr. SE
Albuquerque, New Mexico 87106
Telephone :( 505) 314-1310
Fax: (505) 314-1307

Electronically approved on August 18, 2014 by:

/s/ Jeffrey L. Squires
Jeffrey L. Squires
Peacock Myers, P.C.
201 Third St. NW, Suite 1340
Albuquerque, NM 87102
(505) 998-6116
jsquires@peacocklaw.com